

**NUMBER 13-14-00074-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RODOLFO DELGADO JR.,                                        **Appellant,**

**v.**

THE STATE OF TEXAS,                                          **Appellee.**

### On appeal from the 103rd District Court
### of Cameron County, Texas.

# ORDER ABATING APPEAL

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

Appellant's brief was originally due to be filed on June 9, 2014. This Court has previously granted two motions for extension of time to file appellant's brief in this case. On October 2, 2014, the Clerk of the Court notified appellant's counsel that the brief had not been filed and requested a response concerning the failure to file the brief within ten

days. Counsel failed to respond or file a brief and this Court abated the appeal and remanded the cause to the trial court for further proceedings pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure.

On October 29, 2014, the trial court held a hearing and made findings that appellant intends to prosecute his appeal and that counsel has medical issues and requests additional time to finish the brief. The trial court recommended that appellant be allowed to continue his appeal with his current attorney of record, the Honorable Rebecca Rubane, and that she be given an extension of 45 days to file the brief.

On December 1, 2014, this Court ordered counsel to file the brief on or before January 5, 2015, informing counsel that no further extensions would granted and failure to file the brief would result in abatement to the trial court for appointment of new counsel. Nevertheless, counsel failed to file the brief.

Appellant is entitled to effective assistance of counsel. We have a duty to ensure that appellant's rights are protected. Accordingly, we ABATE and REMAND this matter to the trial court with instructions to remove Rebecca Rubane as counsel for appellant and appoint new appellate counsel in her place. The name, address, telephone number, email address and state bar number of the newly appointed counsel shall be included in the order of appointment. The trial court shall cause its order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

Appellant's brief will be due within thirty days of the date that appellant's new counsel is appointed. The Court will not entertain an extension of time to file the brief in

this matter.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of January, 2015.